NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1488

EDWARD CORNELIUS SANDERS, SR.

VERSUS

BILLIE BEE SANDERS

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 215,289
HONORABLE F. RAE SWENT, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED.

Harold A. Murry
Attorney at Law
P. O. Box 506
Alexandria, LA 71309
(318) 448-4441
Counsel for Plaintiff/Appellant:
	Edward Cornelius Sanders, Sr.

W. Jay Luneau
Thomas D. Davenport, Jr.
Attorneys at Law
1239 Jackson Street
Alexandria, LA 71301
(318) 767-1161
Counsel for Defendant/Appellee:
	Billie Bee Sanders